IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EGAN JONES RATINGS COMPANY,<br>                 Petitioner,<br><br>    v.<br><br>STEVEN PRUETTE and CHRISTOPHER PRUETTE on behalf of INSEARCH PARTNERS,<br><br>                 Respondents. | CIVIL ACTION<br>NO. 16-mc-105 |

## ORDER

**AND NOW**, this 24th day of January, 2017, upon review of Respondents' Motion to Dismiss for Failure to State a Claim (Docket No. 7), Petitioner's response thereto and Respondents' reply, and after oral argument, it is hereby **ORDERED** as follows:

    1. Respondents' Motion to Dismiss is **DENIED**;

    2. Respondents shall file a Response to Petitioner's Petition to Vacate Partial Final Award of Arbitrators by February 13, 2017; and

    3. Oral argument shall be held on the Petition to Vacate on February 16, 2017, at 11:00 a.m., in the Courtroom of the undersigned, 400 Washington Street, Reading, Pennsylvania.

                                           BY THE COURT:


                                           **/s/ Jeffrey L. Schmehl**
                                           **Jeffrey L. Schmehl, J.**