IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EGAN JONES RATINGS COMPANY,
    Petitioner,

v.

STEVEN PRUETTE and CHRISTOPHER PRUETTE on behalf of INSEARCH PARTNERS,

    Respondents.

CIVIL ACTION
NO. 16-mc-105

## ORDER

**AND NOW**, this 30th day of October, 2017, upon review the Petition to Vacate the Arbitration Award in this matter, the opposition thereto, Petitioner's reply, and all exhibits attached, as well as Respondents' Cross-Petition to Confirm the Arbitration Award and after oral argument being held on this matter, it is hereby **ORDERED** as follows:

1. Petitioner's Petition to Vacate the Arbitration Award **DENIED**;
2. Respondents' Cross-Petition to Confirm the Arbitration Award is **GRANTED**;
3. The stay in this matter shall be lifted to permit the damages phase of the arbitration to commence; and
4. The Clerk of Court shall close this case.

                              **BY THE COURT:**

                              **/s/ Jeffrey L. Schmehl**
                              **Jeffrey L. Schmehl, J.**